SAMUEL STIEFFEL, RESPONDENT, v. ROBERTA P. DAVEN-
PORT, APPELLANT.

Argued October 28, 1924—Decided January 19, 1925.

On appeal from the Supreme Court.

For the appellant, *Clarence L. Cole.*

For the respondent, *Paul M. Salsburg.*

PER CURIAM.

The appeal is directed at the correctness of the refusal of
the trial court to nonsuit and direct a verdict in favor of
appellant, and to the alleged error of the court in submit-
ting the cause to the jury upon a theory not supported by the
pleadings. · The latter ground is not properly before us, be-
cause not raised by proper exception or otherwise in the trial
court.

There was no error in the trial court's refusal to nonsuit
or direct a verdict, because there was evidence requiring a
submission of the cause to the jury.

The judgment below is affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-
CHARD, PARKER, MINTURN, BLACK, KATZENBACH, CAMPBELL,
LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLEN-
NON, KAYS, JJ. 15.

*For reversal*—None.